UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>HAPAG-LLOYD USA, LLC<br><br>Defendant. | Case No.<br><br>COMPLAINT FOR PATENT INFRINGEMENT<br><br>DEMAND FOR JURY TRIAL |

Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited, by and through their undersigned attorneys, for their complaint against defendant Hapag-Lloyd USA, LLC, hereby allege as follows:

**NATURE OF LAWSUIT**

1. This action involves claims for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. This Court has exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. § 1338(a).

**THE PARTIES**

2. ArrivalStar, S.A. is a corporation organized under the laws of Luxembourg, and having offices at 67 Rue Michel, Welter L-2730, Luxembourg.

COMPLAINT FOR PATENT
INFRINGEMENT - 1

MANN LAW GROUP
1218 Third Avenue, Suite 1809
Seattle, WA  98101
TELEPHONE:  206.436.0900

3. Melvino Technologies Limited is a corporation organized under the laws of the British Virgin Island of Tortola, having a principal place of business at P.O. Box 3152, RG Hodge Building, Road Town, Tortola, British Virgin Islands.

4. ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 7,030,781 ("the '781 patent"), entitled "Notification system and method that informs a party of vehicle delay," issued April 18, 2006.  A copy of the "781" patent is attached hereto as Exhibit A.

5. ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 6,904,359 ("the '359 patent"), entitled "Notification Systems and Methods With User-Definable Notifications Based Upon Occurrence Of Events" issued June 7, 2005.  A copy of the '359 patent is attached hereto as Exhibit B.

6. Upon information and belief, Defendant Hapag-Lloyd USA, LLC, ("Hapag-Lloyd" or "Defendant") is a Florida corporation with a place of business at 401 East Jackson Street, Suite 3300, Tampa, Florida 33602.  Hapag-Lloyd transacts business and has at a minimum, offered to provide and/or provided to customers in this judicial district and throughout the State of Washington services that infringe claims of the '781 and '359 patents.

## JURISDICTION AND VENUE

7. This Court has exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. §§ 1338(a).  Personal Jurisdiction over the defendants is proper in this Court.  Venue in this judicial district is proper under 28 U.S.C. §§ 1391(b), (c) and/or 1400(b).

## DEFENDANT HAPAG-LLOYD'S ACTS OF PATENT INFRINGEMENT

8. Hapag-Lloyd has infringed claims of the '781 and '359 patents through, among other activities, the sale and use of its "My Shipments" service, which, upon information and

COMPLAINT FOR PATENT
INFRINGEMENT - 2

**MANN LAW GROUP**
1218 Third Avenue, Suite 1809
Seattle, WA  98101
TELEPHONE:  206.436.090

belief, is a shipment and tracking and status system. Hapag-Lloyd has also infringed the '781 and '359 patents by knowingly and actively inducing others to infringe, and by contributing to the infringement by others of such patents. A preliminary chart showing, for illustrative purposes, how services offered by Hapag-Lloyd infringe at least Claim 1 of the '781 patent and Claim 21 of the '359 patent is attached as Exhibit C.

9. Hapag-Lloyd's infringement, contributory infringement, and inducement to infringe has been willful and deliberate and has injured and will continue to injure ArrivalStar, unless and until this Court enters an injunction prohibiting further infringement and, specifically, enjoining further use of methods and systems that come within the scope of the ArrivalStar patents.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs ask this Court to enter judgment against defendants and against their subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with them, granting the following relief:

A. An award of damages adequate to compensate Plaintiffs for the infringement that has occurred, together with prejudgment interest from the date infringement of the Subject Patents began;

B. Increased damages as permitted under 35 U.S.C. § 284;

C. A finding that this case is exceptional and an award to Plaintiffs of their attorneys' fees and costs as provided by 35 U.S.C. § 284;

D. A permanent injunction prohibiting further infringement, inducement and contributory infringement of the '781 and '359 patents; and,

E. Such other and further relief as this Court or a jury may deem proper and just.

COMPLAINT FOR PATENT
INFRINGEMENT - 3

MANN LAW GROUP
1218 Third Avenue, Suite 1809
Seattle, WA 98101
TELEPHONE: 206.436.090

1

2  **JURY DEMAND**

3   ArrivalStar demands a trial by jury on all issues presented in this Complaint.

4

5   Dated this 1ˢᵗ day ofeither June, 2011.

6
                                               Respectfully submitted,
7

8                                              /*Philip P. Mann*
                                               Philip P. Mann, WSBA No: 28860
9                                              MANN LAW GROUP
                                               Seattle Tower
10                                             1218 Third Avenue, Suite 1809
11                                             Seattle, Washington  98101
                                               (206) 436-0900
12                                             Fax (866) 341-5140
                                               phil@mannlawgroup.com
13
                                               John Whitaker, WSBA No. 28868
14                                             WHITAKER LAW GROUP
                                               Seattle Tower
15                                             1218 Third Avenue, Suite 1809
16                                             Seattle, Washington  98101
                                               (206) 436-8500
17                                             john@wlawgrp.com

18                                             Attorneys for Plaintiff ArrivalStar.
19

20

21

22

23

24

25

26

27

COMPLAINT FOR PATENT
INFRINGEMENT - 4

**MANN LAW GROUP**
1218 Third Avenue, Suite 1809
Seattle, WA  98101
TELEPHONE:  206.436.090

## **CERTIFICATE OF SERVICE**

I hereby certify that on the day indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties that have appeared in this matter.

Executed on June 1, 2011.

/s/ Anne K. Smith

COMPLAINT FOR PATENT
INFRINGEMENT - 5

**MANN LAW GROUP**
1218 Third Avenue, Suite 1809
Seattle, WA 98101
TELEPHONE: 206.436.090