THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>HAPAG-LLOYD USA, LLC,<br><br>　　　　Defendant. | Cause No. C11-00912 RSM<br><br>MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>NOTE ON MOTION CALENDAR: March 2, 2012 |

**MOTION FOR VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate Settlement, Release, and License Agreement, Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited ("PLAINTIFFS"). and Defendant Hapag-Lloyd USA, LLC ("HAPAG-LLOYD") have agreed to settle, adjust, and compromise all claims and counterclaims against each other in the above-captioned action. The parties, therefore, move this Court to dismiss all claims by PLAINTIFFS against HAPAG-LLOYD with prejudice and any compulsory

VOLUNTARY DISMISSAL (HAPAG-LLOYD) - 1
(C11-912RSM)

**MANN LAW GROUP**
1218 Third Avenue, Suite 1809
Seattle, WA 98101
TELEPHONE: 206.436.0900

counterclaims made, or that could have been made, by HAPAG-LLOYD against PLAINTIFFS with prejudice .

PLAINTIFFS and HAPAG-LLOYD further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

A proposed order accompanies this motion.

Dated this 2nd day of March, 2012.

AGREED:

/Philip P. Mann  
Philip P. Mann  
**MANN LAW GROUP**  
1201 Third Avenue  
Suite 1809  
Seattle, WA 8101

/John A. Knox  
John A. Knox  
**WILLIAMS, KASTNER & GIBBS PLLC**  
601 Union Street  
Suite 4100  
Seattle, WA 98101-2380

COUNSEL FOR ARRIVALSTAR S.A AND MELVINO TECHNOLOGIES, LIMITED.

COUNSEL FOR HAPAG-LLOYD USA, LLC.

VOLUNTARY DISMISSAL (HAPAG-LLOYD) - 2
(C11-912RSM)

## **CERTIFICATE OF SERVICE**

I hereby certify that on the day indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties that have appeared in this matter.

Dated March 2, 2012.

*/s/ Anne K. Smart*

VOLUNTARY DISMISSAL (HAPAG-LLOYD) - 3
(C11-912RSM)

**MANN LAW GROUP**
1218 Third Avenue, Suite 1809
Seattle, WA 98101
TELEPHONE: 206.436.0900